IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND THOMAS PARHAM,

    Petitioner,                    No. CIV S-06-2624 GEB GGH P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: 12/22/06          /s/ Gregory G. Hollows

                    GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

GGH:mp
parh2624.101a