```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RAYMOND THOMAS PARHAM,
11            Petitioner,                  No. CIV S-06-2624 GEB GGH P
12       vs.
13   KATHY MENDOZA-POWERS, et al.,
14            Respondents.                 ORDER
15                                    /
```

16          Pursuant to the court's order, filed on January 31, 2007, respondent filed an
17 answer to the petition filed herein. On April 25, 2007, petitioner filed his reply/traverse to the
18 answer. Application of the mailbox rule renders the filing date as April 22, 2007, which still
19 indicates that petitioner's reply was overdue. Nonetheless, petitioner now asks that he be
20 allowed a 60-day extension to file an amended reply. In addition, petitioner asserts that he has
21 not received sections IX (9) through XI (11) of the answer. As to the latter point, it does not
22 appear that there are any such sections, but that respondent has simply mis-numbered the last
23 section, preceding the supporting memorandum of points and authorities, as paragraph XII. The
24 answer filed in court demonstrates a leap from section VII on the bottom of page 2 to section XII
25 at the top of page 3. In other words, petitioner has misconstrued a typographical error of Roman
26 numerals as indicative of portions of the answer that are missing. Therefore, there is no ground

for an extension based on this contention.

Because, however, petitioner is a state prisoner proceeding pro se on a 28 U.S.C. § 2254 application for a writ of habeas corpus, the court will grant petitioner an extension of time of 60 days to file an amended reply/answer.   No further extension of time will be granted. Should petitioner fail to file an amended reply in conformance with the time set forth by this order, the matter will be deemed submitted on petitioner's April 25, 2007, original response.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's May 2, 2007, request for a 60-day extension to file an amended reply/traverse is granted;

2. Petitioner is granted 60 days from the date of this order to file an amended reply/traverse;

3. Failure to file an amended reply/traverse within the time set forth herein will result in the court's deeming the matter submitted on the original April 25, 2007, response; and

4. There will be no further extension of time.

DATED:  5/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
parh2624.eot

2